UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 10-62166-CIV-GRAHAM

**CLOSED CIVIL CASE**

ELLIOT GLASS,

    Plaintiff,

vs.

NCB MANAGEMENT SERVICES, INC.

    Defendant.

_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 4].

**THE COURT** has reviewed the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of November, 2010.

                                                    Donald L. Graham
                                                  UNITED STATES DISTRICT JUDGE

cc: Counsel of Record